RECEIVED
IN LAKE CHARLES, LA

AUG 15 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 03-20062-01<br>CIVIL NO. 04-2385 |
| VERSUS | DISTRICT JUDGE MINALDI |
| SARAH DARLENE SONNIER | MAGISTRATE JUDGE WILSON |

**ORDER**

Considering the foregoing Petitioner's Application For Issuance Of A Certificate Of Appealability,

IT IS HEREBY ORDERED that a certificate of appealability ✓ shall _____ shall not issue on the following issue raised by the Petition For Writ Of Habeas Corpus Pursuant To Title 28 U.S.C. § 2255 filed in this matter: whether *Blakely v. Washington*, 124 S.Ct. 1531 (2004), and *United States v. Booker*, 125 S.Ct. 738 (2005), apply retroactively to an initial Section 2255 petition raising a Sixth Amendment violation under *Booker* and, if so, whether petitioner is entitled to relief because of the Sixth Amendment violation in her case.

Thus done and signed in Lake Charles, Louisiana this 15 day of Aug, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE